UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:05-CR-00055-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PATRICK O'NEIL GILL | ) | |

      This matter is before the court on defendant's motion pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure. (DE # 40.) Based on his belief that the court improperly departed upwardly pursuant to U.S.S.G. §§ 2A2.1 and 5K2.21, defendant requests that the court re-sentence him and lower the term of imprisonment. (Id. at 4.) This motion challenges the validity of his sentence. As such, the challenge must be brought as a motion pursuant to 28 U.S.C. § 2255, rather than pursuant to Rule 60(b). See Gonzalez v. Crosby, 545 U.S. 524, 532 (2005); United States v. Winestock, 340 F.3d 200, 207 (4th Cir. 2003) (explaining how courts should determine whether a Rule 60(b) motion is proper versus "a 'successive [application] in 60(b)'s clothing'" and recognizing that "a motion directly attacking the prisoner's conviction or sentence will usually amount to a successive application" (citation omitted) (alteration in original)). Defendant has previously filed a § 2255 motion (which the court dismissed on 15 October 2008), and in that motion, he also claimed that the court improperly departed upwardly. The court lacks jurisdiction to rule on a second or successive § 2255 motion without authorization from the Court of Appeals for the Fourth Circuit. See 28 U.S.C. § 2255(h). The

motion is DISMISSED WITHOUT PREJUDICE.

This 9 January 2013.

                                        W. Earl Britt
                                        Senior U.S. District Judge